[2011R01339/SLM]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| | : | |
| v. | : | Mag. No. 12-6081 |
| | : | |
| LAURYN N. HILL | : | 26 U.S.C. § 7203 |
| | : | |
| | : | |

**I N F O R M A T I O N**

The United States Attorney for the District of New Jersey charges:

COUNT ONE

(Failure to Make Tax Return - 2005)

1. At all times relevant to this Information, defendant LAURYN N. HILL was a resident of South Orange, New Jersey, and was a singer and actress, as well as the owner and operator of four sub-chapter S corporations: (a) Obverse Creations Music, Inc.; (b) Boogie Tours, Inc.; (c) L.H. Productions 2001, Inc.; and (d) Studio 22, Inc.

2. At all times relevant to this Information, music and movie royalties were the primary sources of income for defendant LAURYN N. HILL.

3. During the calendar year 2005, defendant LAURYN N. HILL had and received total gross income in excess of approximately $818,000.

4.  Having received this income, defendant LAURYN N. HILL was required by law, following the close of the calendar year 2005, and on or before October 16, 2006, to make an income tax return to the United Department of Treasury, Internal Revenue Service ("IRS") stating specifically the items of her gross income and any deductions and credits to which she was entitled.

5.  On or about October 16, 2006, in Essex County, in the District of New Jersey, and elsewhere, defendant

LAURYN N. HILL,

knowing and believing the foregoing facts, did knowingly and willfully fail to make an income tax return to the IRS.

In violation of Title 26, United States Code, Section 7203.

COUNT TWO

(Failure to Make Tax Return - 2006)

1. The allegations set forth in paragraphs 1 and 2 of Count One are realleged as if set forth in full herein.

2. During the calendar year 2006, defendant LAURYN N. HILL had and received total gross income in excess of approximately $222,000.

3. Having received this income, defendant LAURYN N. HILL was required by law, following the close of the calendar year 2006, and on or before October 15, 2007, to make an income tax return to the IRS stating specifically the items of her gross income and any deductions and credits to which she was entitled.

4. On or about October 15, 2007, in Essex County, in the District of New Jersey, and elsewhere, defendant

LAURYN N. HILL,

knowing and believing the foregoing facts, did knowingly and willfully fail to make an income tax return to the Internal Revenue Service.

In violation of Title 26, United States Code, Section 7203.

<u>COUNT THREE</u>

(Failure to Make Tax Return - 2007)

1.  The allegations set forth in paragraphs 1 and 2 of Count One are realleged as if set forth in full herein.

2.  During the calendar year 2007, defendant LAURYN N. HILL had and received total gross income in excess of approximately $761,000.

3.  Having received this income, defendant LAURYN N. HILL was required by law, following the close of the calendar year 2007, and on or before October 15, 2008, to make an income tax return to the IRS stating specifically the items of her gross income and any deductions and credits to which she was entitled.

4.  On or about October 15, 2008, in Essex County, in the District of New Jersey, and elsewhere, defendant

LAURYN N. HILL,

knowing and believing the foregoing facts, did knowingly and willfully fail to make an income tax return to the IRS.

In violation of Title 26, United States Code, Section 7203.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 2011R01339

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

LAURYN N. HILL

# INFORMATION FOR

26 U.S.C. § 7203

**PAUL J. FISHMAN**
U.S. ATTORNEY NEWARK, NEW JERSEY

SANDRA L. MOSER
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2729