UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,
PLAINTIFF

CASE NO. 2:12-MJ-06081

V.

LAURYN N. HILL,
DEFENDANT

ENTRY OF APPEARANCE

TO THE COURT: PLEASE ENTER THE APPEARANCE OF JONATHAN LEE RICHES ON BEHALF OF THE DEFENDANT LAURYN N. HILL IN THE ABOVE CAPTIONED MATTER.

RESPECTFULLY,

JONATHAN LEE RICHES
40948018
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211

CERTIFICATE OF SERVICE

I CERTIFY THAT THE FOLLOWING FOREGOING MOTION WAS SENT VIA THE UNITED STATES POSTAL SERVICE ON 6/9/12 TO THE FOLLOWING PARTIES:

**SANDRA L. MOSER**
OFFICE OF THE US ATTORNEY
970 BROAD STREET
SUITE 700
NEWARK, NJ 07102
(973) 645-2700
(973)645-3316 (fax)

RESPECTFULLY,

JONATHAN LEE RICHES
40948018
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211