UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|   |   |   |
|---|---|---|
|   | : | Mag. # 12-6081 |
| USA | : |   |
| -vs- | : | **ORDER STRIKING FILINGS** |
|   | : |   |
| LAURYN N. HILL. | : |   |

The Clerk has filed your  Notice of Appearance:Jonathan Lee Riches (Docket No. 2)  however, it is deficient in the area(s) checked below, which deficiency has not been corrected within reasonable period of time:

_____  Court requires original pleading; stamped/faxed signatures are not accepted (L.Civ.R. 10.1(b))

__X__  Only an attorney at law of this Court may file papers (L.Civ.R. 11.1 and 101.1(c))

_____  Amended/supplemental pleading requires leave of court (Fed. Civ.R. 15(a) & (d))

_____  Other _____

__X__  The Clerk is hereby O R D E R E D to strike the above instrument(s) from the record and notify counsel of such action and;

_____  It is FURTHER ORDERED that the Clerk is directed to close the case.

Dated: 6/25/12

Michael A. Shipp, U.S.M.J.