UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Michael A. Shipp, U.S.M.J. |
| v. | MAGISTRATE NO.: 12-6081 |
| LAURYN N. HILL | DATE OF PROCEEDINGS: 6/29/12 |
| | DATE OF ARREST: _____ |

PROCEEDINGS: IA/Plea Hearing

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
(X) CONSENT TO MAGISTRATE'S JURISDICTION
(X) PLEA ENTERED:   X GUILTY ___ NOT GUILTY
(X) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: 150,000
     (X) UNSECURED BOND
     ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED Continental US
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
(X) MENTAL HEALTH: Counseling
( ) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG                 DATE: _____
( ) DETENTION / BAIL HRG.                     DATE: _____
( ) TRIAL:  ___ COURT  ___ JURY               DATE: _____
(X) SENTENCING                                DATE: 11/29/12 at 11:00am
( ) OTHER: _____                    DATE: _____

APPEARANCES:

AUSA  Sandra L. Moser

DEFT. COUNSEL  Nathan Hochman

PROBATION _____

INTERPRETER _____
          Language:  (           )

Time Commenced: 12:11 p.m.
Time Terminated: 12:33 pm
CD No: _____

_Nati Rodriguez_
DEPUTY CLERK